BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CHANTHA A. CHIM<br><br>                    Defendant. | CASE NO.  1:13-CR-00136 AWI<br><br>STIPULATION AND ORDER FOR CONTINUANCE |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Larry Backman, counsel for the defendant Chantha A. Chim, that the Initial Appearance and Arraignment on the above-captioned matter now set for April 29, 2013, shall be vacated and rescheduled for May 8, 2013.at 1:30 pm.

Dated: April 26, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney

/s/ Larry Bakman
LARRY BAKMAN
Attorney for Defendant

Stipulation and Order                                    1

**ORDER**

**IT IS HEREBY ORDERED** that the Initial Appearance and Arraignment in the above-captioned matter now set for April 29, 2013, shall be vacated and rescheduled for May 8, 2013, at 1:30 p.m. before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:   **April 26, 2013**                         **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                              2