1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for the
6    United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  1:13-CR-00136-AWI-BAM
                                    )
12                  Plaintiff,      )  ORDER FOR FORFEITURE MONEY
                                    )  JUDGMENT
13        v.                        )
                                    )
14 CHANTHA A. CHIM,                 )
                                    )
15                  Defendant.      )
                                    )
16 _____ )

17        Based upon the United States' Application for Preliminary Order

18 of Forfeiture and Publication Thereof; Application for Forfeiture

19 Money Judgment and the plea agreement entered into between plaintiff

20 United States of America and defendant Chantha A. Chim,

21        IT IS HEREBY ORDERED that

22        1.   The defendant Chantha A. Chim shall forfeit to the United

23 States the sum of $81,608.00 and the Court imposes a personal

24 forfeiture money judgment against defendant in that amount.

25        2.   Any funds applied towards such judgment shall be forfeited

26 to the United States of America and disposed of as provided for by

27 law.  Prior to the implementation of sentence, any funds delivered to

28 the United States to satisfy the personal money judgment shall be

                                 1    Order for Forfeiture Money Judgment

1 seized and held by the U.S. Department of the Treasury, in its secure

2 custody and control.

3     3. This Order of Forfeiture shall become final as to the

4 defendant at the time of sentencing and shall be made part of the

5 sentence and included in the judgment.

6     4. The United States may, at any time, move pursuant to Rule

7 32.2(e) to amend this Order of Forfeiture to substitute property

8 having a value not to exceed $81,608.00 to satisfy the money judgment

9 in whole or in part.

IT IS SO ORDERED.

Dated:   May 20, 2014                                        
                              SENIOR DISTRICT JUDGE

Order for Forfeiture Money Judgment