Report and Order Terminating Probation
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Docket No.:  1:13CR00136-010 AWI |
| Chantha Chim | ) | |
| | ) | |
| | ) | |

On May 9, 2014, the above-named probationer was sentenced to Probation for a period of 3 years. Supervision commenced on May 9, 2014.

The probationer has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian
Marlene K. DeOrian
Sr. United States Probation Officer

Dated:   December 5, 2016
         Fresno, California
         MKD

/s/ Tim D. Mechem

**REVIEWED BY:**   **Tim D. Mechem**
                   **Supervisory United States Probation Officer**

**Re:** Chantha Chim
    Docket No:  1:13CR00136-010 AWI
    **Report and Order Terminating Probation**
    <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Chantha Chim be discharged from Probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   December 8, 2016          _____
                                             SENIOR  DISTRICT  JUDGE